## THE IVARAN.

No. 368.

Circuit Court of Appeals, Second Circuit.

June 30, 1941.

Samuel Segal, of New York City, for appellant.

Haight, Griffin, Deming & Gardner, of New York City (Edgar R. Kraetzer, of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Dismissal of the libel is affirmed on the authority of The Paula, 2 Cir., 91 F.2d 1001, certiorari denied, Peters v. Lauritzen, 302 U.S. 750, 58 S.Ct. 270, 82 L.Ed. 580. Affirmance, however, is without prejudice to renewal of the suit in the event that the remedy available to the seaman by presentation of his claim to the Norwegian Consulate in New York should prove to be non-existent.